**Maria Elena RIVAS–GUZMAN,
Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

**No. 09–70101.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 10, 2011.[*]

Filed Jan. 25, 2011.

Jenny Tsai, Green & Tsai, Attorneys at Law, San Francisco, CA, for Petitioner.

Douglas E. Ginsburg, Senior Litigation Counsel, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM [**]

Maria Elena Rivas–Guzman, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's ("IJ") removal order. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a continuance, *Sandoval–Luna v. Mukasey*, 526 F.3d 1243, 1246 (9th Cir.2008) (per curiam), and review de novo claimed violations of the right to counsel, *Hernandez–Gil v. Gonzales*, 476 F.3d 803, 804 n. 1 (9th Cir.2007). We deny the petition for review.

Rivas–Guzman's contention that the IJ abused her discretion by refusing to continue her immigration proceedings fails because she did not establish good cause for a continuance. *See* 8 C.F.R. § 1003.29. Rivas–Guzman's contention that the denial of the continuance effectively deprived her of her right to counsel is unavailing. *See Lata v. INS*, 204 F.3d 1241, 1246 (9th Cir.2000) (requiring error for a due process violation).

**PETITION FOR REVIEW DENIED.**

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.